# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Ndofunsu Salomon Badika<br>Lydie Radjabo Badika**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00649-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Chad Wolf<br>Ken Cuccinelli<br>Christopher Heffron<br>William Barr**,**<br>Defendant(s). | )<br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2021 Order.

June 1, 2021

*[signature]*

Frank G. Johns, Clerk
United States District Court